UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------------------

DIANA L. FERRO

                                                          Plaintiff,

    -v.-

                                                  Civil Action No.
                                         1:05-cv-48 (GLS/DRH)

COMMISSIONER OF SOCIAL SECURITY

                                                  Defendant.

--------------------------------------------------------------------------------

APPEARANCES:

**FOR THE PLAINTIFF:**            **OF COUNSEL:**

Office of Peter M. Margolius     PETER M. MARGOLIUS, ESQ.
7 Howard Street
Catskill, New York 12414

**FOR THE DEFENDANT:**

GLENN T. SUDDABY             WILLIAM H. PEASE
United States Attorney for the    Assistant U.S. Attorney
 Northern District of New York
100 South Clinton Street
Syracuse, New York 13261-7198


GARY L. SHARPE,
U.S. DISTRICT JUDGE

## **ORDER**

The above-captioned matter, comes to this court following a Report-Recommendation by Magistrate Judge David R. Homer duly filed December 12, 2006. Following ten days from the service thereof, the Clerk has sent the file, including any and all objections filed by the parties herein.

No objections having been filed, and the court having reviewed the Magistrate Judge's Report-Recommendation for clear error, it is hereby

ORDERED, that the Report-Recommendation of Magistrate Judge David R. Homer filed December 12, 2006 is ACCEPTED in its entirety for the reasons state therein, and it is further

ORDERED, that the decision denying disability benefits is AFFIRMED, Ferro's motion for finding of disability (Docket No. 6) is DENIED, and the Commissioner's cross-motion (Docket No. 12) is GRANTED,  and it is further

ORDERED, that the Clerk of the Court is to enter judgment in favor of Defendant and close this case.

IT IS SO ORDERED

Dated:   January 8, 2007
         Albany, New York

*Gary L. Sharpe*
Gary L. Sharpe
U.S. District Judge